Rick Lawton, Esq.
State Bar # 00694
Law Office of Rick Lawton Esq. P.C.
1460 Hwy 95A North, Suite One
Fernley, Nevada 89408
(775) 575 2208
(775) 575 2406 –fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARMJIT SINGH aka DHARAMJIT SINGH,<br><br>*Plaintiff,*<br><br>vs.<br><br>NEW CENTURY MORTGAGE CORPORATION; FIRST AMERICAN; BANK OF AMERICA, N.A.; PRLAP, INC.; RECONTRUST COMPANY; COUNTRYWIDE HOME LOANS, INC.; FIDELITY NATIONAL DEFAULT SOLUTIONS; STANLEY S. SILVA; REGIONAL SERVICE CORPORATION; TODD BRACHTENBACH; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action.<br><br>*Defendants.* | Case No.: 3:11-cv-00306-RCJ-VPC<br><br>**STIPULATION AND ORDER**<br><br>**TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff PARMJIT SINGH aka

DHARAMJIT SINGH, by and through his counsel of record RICK LAWTON, Esq., Defendant

COUNTRYWIDE HOME LOANS, INC., RECONTRUST COMPANY, PRLAP, INC., and

BANK OF AMERICA, N.A. by and through its counsel of record, DIANA S. ERB, Esq.,

Defendant REGIONAL SERVICE CORPORATION., by and through its counsel of record,

JOE SOLSENG, Esq.,  and Defendant STANLEY S. SILVA by and through its counsel of

record, ZACHARY T. BALL, Esq., that all of Plaintiff's claims and causes of action against all

Defendants be dismissed with prejudice.  That Plaintiff voluntarily dismisses the lawsuit with

prejudice as against all other named Defendants pursuant to Fed.R.Civ.P. 41(a), and the lawsuit

shall be deemed closed.

IT IS HEREBY FURTHER STIPULATED AND AGREED that all Parties will each bear their own attorneys' fees and costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the Notice of Lis Pendens recorded on February 24, 2011 as Document number 3976619 of the Official Records of Washoe County, Nevada is hereby expunged.

Dated: October 12th, 2011
**LAW OFFICE OF RICK LAWTON, P.C.**

/S/ RICK LAWTON ESQ.
**RICK LAWTON**, Esq.
1460 Hwy 95A North, Suite One
Fernley, NV 89408
775 575 2208
Attorney for Plaintiff

Dated: October 12th, 2011
**AKERMAN SENTERFITT, LLP**

/S/ DIANA S. ERB ESQ.
**DIANA S. ERB**, Esq.
400 South Fourth St, Suite 450
Las Vegas, NV 89101
(702) 634-5000
Attorney for Defendants, Countrywide Home Loans, Inc., Recontrust Company, PRLAP, Inc., Bank of America, N.A.

Dated: October 12th, 2011
**FIDELITY NATIONAL LAW GROUP**

/S/ ZACHARY T. BALL ESQ.,
**ZACHARY T. BALL,** Esq.
3980 Howard Hughes Parkway, Suite 230
Las Vegas, NV 89169
702-667-3000
Attorney for Defendant, Stanley S. Silva

Dated: October 12th, 2011
**ROBINSON TAIT, P.S.**

/S/ JOE SOLSENG ESQ.
**JOE SOLSENG,** Esq.
710 Second Avenue, Suite 710
Seattle, WA 98104
206-676-9640
Attorney for Defendant, Regional Service Corporation

**ORDER**

**IT IS SO ORDERED.**

DATED this 21st day of October, 2011.

_____
DISTRICT COURT JUDGE