1   Rick Lawton, Esq.
2   State Bar # 00694
3   Law Office of Rick Lawton Esq. P.C.
4   1460 Hwy 95A North, Suite One
5   Fernley, Nevada 89408
6   (775) 575 2208
7   (775) 575 2406 –fax
8   Attorney for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

PARMJIT SINGH aka DHARAMJIT SINGH,

        *Plaintiff,*

vs.

NEW CENTURY MORTGAGE CORPORATION;
FIRST AMERICAN; BANK OF AMERICA, N.A.;
PRLAP, INC.; RECONTRUST COMPANY;
COUNTRYWIDE HOME LOANS, INC.;
FIDELITY NATIONAL DEFAULT SOLUTIONS;
STANLEY S. SILVA; REGIONAL SERVICE
CORPORATION; TODD BRACHTENBACH; and
DOES 1-25 CORPORATIONS, DOES and ROES
1-25 Individuals, Partnerships, or anyone claiming
any interest to the property described in the action.

        *Defendants.*

Case No.: 3:11-cv-00306-RCJ-VPC


**STIPULATION AND ORDER**

**TO DISMISS WITH PREJUDICE**

11
12          IT IS HEREBY STIPULATED, by and between Plaintiff PARMJIT SINGH aka

13   DHARAMJIT SINGH, by and through his counsel of record RICK LAWTON, Esq., Defendant

14   COUNTRYWIDE HOME LOANS, INC., RECONTRUST COMPANY, PRLAP, INC., and

15   BANK OF AMERICA, N.A. by and through its counsel of record, DIANA S. ERB, Esq.,

16   Defendant REGIONAL SERVICE CORPORATION., by and through its counsel of record,

17   JOE SOLSENG, Esq.,  and Defendant STANLEY S. SILVA by and through its counsel of

18   record, ZACHARY T. BALL, Esq., that all of Plaintiff's claims and causes of action against all

19   Defendants be dismissed with prejudice.  That Plaintiff voluntarily dismisses the lawsuit with

20   prejudice as against all other named Defendants pursuant to Fed.R.Civ.P. 41(a), and the lawsuit

1

1    shall be deemed closed.

2         IT IS HEREBY FURTHER STIPULATED AND AGREED that all Parties will each

3    bear their own attorneys' fees and costs.

4         IT IS HEREBY FURTHER STIPULATED AND AGREED that the Notice of Lis

5    Pendens recorded on February 24, 2011 as Document number 3976619 of the Official

6    Records of Washoe County, Nevada is hereby expunged.

7    Dated: October 12th , 2011                 Dated: October 12th , 2011
8    **LAW OFFICE OF RICK LAWTON, P.C.**        **AKERMAN SENTERFITT, LLP**
9
10   /S/ RICK LAWTON ESQ.                       /S/  DIANA S.  ERB ESQ.
11   **RICK LAWTON**, Esq.                      **DIANA S. ERB**, Esq.
12   1460 Hwy 95A North, Suite One              400 South Fourth St, Suite 450
13   Fernley, NV 89408                          Las Vegas, NV 89101
14   775 575 2208                               (702) 634-5000
15   Attorney for Plaintiff                     Attorney for Defendants, Countrywide
16                                              Home Loans, Inc., Recontrust Company,
17                                              PRLAP, Inc., Bank of America, N.A.
18
19   Dated: October 12th , 2011                 Dated: October 12th , 2011
20   **FIDELITY NATIONAL LAW GROUP**            **ROBINSON TAIT, P.S.**
21
22   /S/ ZACHARY T. BALL ESQ.,                  /S/  JOE  SOLSENG ESQ.
23   **ZACHARY T. BALL,** Esq.                  **JOE SOLSENG,** Esq.
24   3980 Howard Hughes Parkway, Suite 230      710 Second Avenue, Suite 710
25   Las Vegas, NV 89169                        Seattle, WA 98104
26   702-667-3000                               206-676-9640
27   Attorney for Defendant, Stanley S. Silva   Attorney for Defendant, Regional Service
28                                              Corporation
29
30                          **ORDER**
31
32   **IT IS SO ORDERED.**
33
34   DATED this 21st day of October, 2011.
35
36
37
38   _____
39                          DISTRICT COURT JUDGE

2